**Order entered September 9, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-22-00293-CV

**THOMAS T. HEADEN III, Appellant**

**V.**

**ABUNDANT LIFE THERAPEUTIC SERVICES TEXAS, LLC, ET AL.,**
**Appellees**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-15576**

## ORDER

This is an appeal from the trial court's final judgment dismissing appellant's claims against appellees and awarding appellees attorney's fees and costs. Before the Court is appellee Abundant Life Therapeutic Services Texas, LLC's motion to dismiss the appeal based on appellant's alleged failure to comply with the trial court's post-judgment discovery order. Abundant Life asks in the alternative that the Court issue notice that the appeal will be dismissed unless appellant complies with the trial court's post-judgment order within ten days. Abundant Life moves to

dismiss or issue notice of intent to dismiss under Texas Rule of Appellate Procedure 42.3(c), a discretionary rule. *See* TEX. R. APP. P. 42.3(c) (providing that appellate court may dismiss appeal based on appellant's failure to comply with court order). We **DENY** the motion.

On the Court's own motion, we **RESET** the deadline for the filing of appellant's brief to October 3, 2022.

/s/     BONNIE LEE GOLDSTEIN
JUSTICE